IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRED JAMES FELTON,

   Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3517-TWT

<u>ORDER</u>

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending reversing the decision and remanding for further proceedings. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the case is REMANDED to the ALJ for further proceedings as set forth in the Report and Recommendation.

SO ORDERED, this 7 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge